No. D–2037. IN RE DISBARMENT OF SCHULMAN. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2038. IN RE DISBARMENT OF GOLDSWEIG. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2039. IN RE DISBARMENT OF LEVENE. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2040. IN RE DISBARMENT OF TIERNAN. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2042. IN RE DISBARMENT OF BUTLER. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2043. IN RE DISBARMENT OF REA. Disbarment entered. [For earlier order herein, see 525 U. S. 1136.]

No. D–2055. IN RE DISBARMENT OF SPALLINA. William F. Spallina, of Newton Highlands, Mass., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on March 22, 1999 [ante, p. 1014], is discharged.

No. D–2060. IN RE DISBARMENT OF SCHAMBACH. Robert B. Schambach, of Metairie, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2061. IN RE DISBARMENT OF MAGUIRE. Michael P. Maguire, of Alexandria, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2062. IN RE DISBARMENT OF LANGFUS. Stanley Alan Langfus, of Hollywood, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2063. IN RE DISBARMENT OF MASSEY. Thomas Allen Massey, of Oklahoma City, Okla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40